**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MALIBU MEDIA, LLC,**

      **Plaintiff,**

**v.**                                                     **Case No:   6:13-cv-1960-Orl-28KRS**

**JOHN DOE,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR MISCELLANEOUS RELIEF (Doc. No. 14)**
>
> **FILED:**      **March 7, 2014**

Plaintiff Malibu Media, LLC seeks permission to engage in limited discovery before the meeting to prepare the case management report so that it can learn the identity of Defendant John Doe, who is alleged to have infringed Plaintiff's copyrights by use of IP address 70.119.197.254. Specifically, Plaintiff wishes to issue a subpoena to Time Warner Cable, which is the internet service provider for IP address 70.119.197.254.

The motion is **GRANTED** in part.  Malibu Media, LLC may issue a subpoena to Time Warner Cable to request only the true name, address, telephone number and email address of the person or entity assigned IP address 70.119.197.254 on the dates and time set forth in Exhibit A to the Complaint, Doc. No. 1-2.  The subpoena attached to the motion, Doc. No. 14-6, is not

- 2 -

appropriate because it is directed to Bright House Networks and otherwise does not comply with the requirements of Fed. R. Civ. P. 45. *See Celestial, Inc. v. John Does 1-252*, No. 2:12-cv-82-FTM-99DNF, 2012 WL 5058460 (M.D. Fla. Oct. 17, 2012).

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE